# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Amber R. Stanley  
        Debtor(s)

BK NO. 20-02091 HWV

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/Rebecca A. Solarz  
Rebecca Solarz  
29 Sep 2020, 17:15:58, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322