Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Freedom Federal Credit Union

2019 Emmorton Road

Bel Air, Maryland 21015

_____     10-19-20
Signature of Debtor or Debtor's Attorney         Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

FILED
Harrisburg, PA

OCT 21 2020

Clerk,
US Bankruptcy Court



# BECKER LAW GROUP, P.C.
## A Professional Corporation
## Attorneys at Law

Arthur J. Becker, Jr.
Robert D. O'Brien
Taylor K. Thomas
Tyler A. Kauffman

529 Carlisle Street
Hanover, Pennsylvania 17331

TEL: (717) 630-9688
FAX: (717) 630-0691

www.beckerlawgrouppc.com

Arthur J. Becker, Jr., Esquire
Email: abecker@beckerlawgrouppc.com

Law Clerk:

Jennifer M. Zerfing

Paralegals:

Brenda Ditzler
Jenny Carlson
Deborah Newbould
Dawn Voight

October 19, 2020

Freedom Federal Credit Union
2019 Emmorton Road
Bel Air, Maryland 21015

RE: **Bankruptcy**
    **1:20-bk-02091-HWV**

Dear Sir or Madam:

I am pleased to advise my firm represents the interests of Amber R. Stanley. In that regard enclosed is a Order of Discharge. If you have any questions regarding this correspondence or the enclosure, please contact me.

Very truly yours,

Taylor K. Thomas

TKT/dmn
Enclosure
Cc: Ms. Amber R. Stanley (w/enclosure – sent via email only)
    US Bankruptcy Court (w/enclosure – sent via US First class mail)

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Amber R Stanley | Social Security number or ITIN xxx–xx–9742 |
| | First Name  Middle Name  Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ EIN __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-02091-HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amber R Stanley

10/16/20

By the court: /s/ Henry W. Van Eck

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318    Order of Discharge    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　**Order of Discharge**　　　　　　page 2

Case 1:20-bk-02091-HWV    Doc 16    Filed 10/18/20    Entered 10/19/20 01:03:27    Desc
Imaged Certificate of Notice    Page 4 of 4
Case 1:20-bk-02091-HWV    Doc 18    Filed 10/21/20    Entered 10/22/20 11:33:19    Desc
Main Document    Page 4 of 4